USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-4-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANDOR ALDAYLAM,<br><br>       Plaintiff,<br><br>-against-<br><br>UNITED PARCEL SERVICE, INC. and ROBERT W. PEZZUTI,<br><br>       Defendants. | 19-cv-06876 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 4, 2019
    New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge